THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **0:25-cv-60645-AHS**

**TIKTOK GLOBAL LLC**,
a Florida limited liability company;

       Plaintiff,

v.

**BYTEDANCE LTD.**, **TIKTOK INC.**, and **YIMING ZHANG**,

       Defendants.
_____/

### PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT
(Amending DE 7)

Plaintiff, TIKTOK GLOBAL LLC, by and through undersigned counsel and pursuant to the Court's Order (DE 5), hereby files this Amended Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**Plaintiff TikTok Global LLC has no parent corporation and no publicly held company owns 10% or more of its stock.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 13332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor.

**Not Applicable.**

3. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies, that own 10% or more of a party' stock, and all other identifiable legal entities related to a party:

**Tiktok Global LLC, Plaintiff**

**ByteDance Ltd., Defendant**

**TikTok Inc., Defendant**

**Yiming Zhang, Defendant**

**David P. Reiner, II of Reiner & Reiner, P.A., Counsel for Plaintiff**

**Brad Greenspan**

**Committee on Foreign Investment in the United States**

**Treasury Secretary Mnuchin**

4. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

5. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**Committee on Foreign Investment in the United States**

**Treasury Secretary Mnuchin**

6. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Tiktok Global LLC, Plaintiff**

**I HEREBY CERTIFY** that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of such conflict.

| | |
|---|---|
| **DATED:  April 14, 2025** | Respectfully Submitted, |
| | **REINER & REINER, P.A.**<br>*Counsel for Plaintiff*<br>9100 South Dadeland Blvd., Suite 901<br>Miami, Florida   33156-7815<br>Tel: (305) 670-8282; Fax: (305) 670-8989<br>dpr@reinerslaw.com; eservice@reinerslaw.com |
| | By: _____<br>   **DAVID P. REINER, II, ESQ.**; FBN 416400 |