UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:25-cv-60645-AHS

TIKTOK GLOBAL LLC,

    Plaintiff,

vs.

BYTEDANCE LTD., TIKTOK INC. and
YIMING ZHANG,

    Defendants.
_____/

### DEFENDANTS BYTEDANCE LTD. AND TIKTOK INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants ByteDance Ltd. and TikTok Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order to File a Certificate of Interested Persons [D.E. 5], hereby disclose the following known persons and entities with an interest in the outcome of this case and submits their corporate disclosure statement:

- TikTok Global LLC, Plaintiff
- David P. Reiner, II, Attorney for Plaintiff
- TikTok Inc., Defendant
- TikTok LLC, Intermediate Corporate Parent of Defendant TikTok Inc.
- TikTok Ltd., Intermediate Corporate Parent of Defendant TikTok Inc.
- ByteDance Ltd., Defendant and Ultimate Corporate Parent of Defendant TikTok Inc.
- Yiming Zhang, Defendant
- Spencer H. Silverglate, Clarke Silverglate, P.A., Attorney for Defendants ByteDance Ltd. and TikTok Inc.
- Shawn Libman, Clarke Silverglate, P.A., Attorney for Defendants ByteDance Ltd. and TikTok Inc.

- Ana Sarmento, Clarke Silverglate, P.A., Attorney for Defendants ByteDance Ltd. and TikTok Inc.

- Benjamin C. Block, Covington & Burling LLP, Attorney for Defendants ByteDance Ltd. and TikTok Inc.

- Noah H. Resnick, Covington & Burling LLP, Attorney for Defendants ByteDance Ltd. and TikTok Inc.

Defendant TikTok Inc., a California-incorporated company, is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary of ByteDance Ltd., a privately held corporation incorporated in the Cayman Islands. No publicly held corporation owns 10% or more of the stock of TikTok Inc. or ByteDance Ltd.

April 25, 2025                                              Respectfully submitted,

/s/Spencer Silverglate
Spencer Silverglate (Florida Bar No. 769223)
Shawn Libman (Florida Bar. No. 10544)
Ana Sarmento (Florida Bar. No. 1025053)
CLARKE SILVERGLATE, P.A.
5301 Blue Lagoon Drive, 9th Floor
Miami, FL 33126
Phone: 305-347-1557
Facsimile: 305-377-3001
ssilverglate@cspalaw.com
slibman@cspalaw.com
asarmento@cspalaw.com

Benjamin C. Block (*pro hac vice forthcoming*)
Noah H. Resnick (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
Phone: 202-662-6000
Facsimile: 202-778-6000
bblock@cov.com
nresnick@cov.com

*Attorneys for Defendants*
*ByteDance Ltd. and TikTok Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

/s/*Spencer Silverglate*
Spencer Silverglate