THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **25-cv-60645-SINGHAL**

**TIKTOK GLOBAL LLC**,
a Florida limited liability company;

      Plaintiff,

v.

**BYTEDANCE LTD.**, **TIKTOK INC.**, and
**YIMING ZHANG**,

      Defendants.
_____/

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
BYTEDANCE LTD. and TIKTOK INC.'S MOTION TO DISMISS (DE 10)**

Plaintiff, TIKTOK GLOBAL LLC, by and through undersigned counsel, hereby files this Motion for Extension of Time to Respond to BYTEDANCE LTD. and TIKTOK INC.'s Motion to Dismiss (DE 10), and in support, states as follows:

1. Plaintiff's response to Defendants', BYTEDANCE LTD. and TIKTOK INC., Motion to Dismiss (DE 10) is currently due on May 9, 2025.

2. Due to the undersigned counsel's workload and trial schedule, Plaintiff respectfully requests a brief extension of ten (10) days (to and including May 19, 2025) to respond to Defendants' Motion to Dismiss (DE 10).

3. This request is not being made for the purposes of delay, and no party will be harmed by the granting of this Motion.

4. **CONFERRAL**: Prior to filing this Motion, undersigned counsel attempted to confer with counsel for Defendants but none of Defendants counsel have responded.

**WHEREFORE**, Plaintiff, respectfully requests this Court grant this Motion, allowing Plaintiff to and including May 19, 2025 to respond to Defendants' Motion to Dismiss (DE 10).

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
  **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 9, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**DAVID P. REINER, II, ESQ.** FBN: 416400

**Service List:**

**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
**Benjamin C. Block, Esq.** *(Admitted Pro Hac)*
bblock@cov.com
**Noah Resnick, Esq.** *(Admitted Pro Hac)*
nresnick@cov.com

**CLARKE SILVERGLATE, P.A.**
5301 Blue Lagoon Drive, Suite 900
Miami, FL 33126
**Shawn Libman, Esq.**
slibman@cspalaw.com
lyun@cspalaw.com
**Ana Verena Sarmento Nigro, Esq.**
asarmento@cspalaw.com
ggonzalez@cspalaw.com
clandgraf@cspalaw.com
**Spencer Silverglate, Esq.**
ssilverglate@cspalaw.com

*Attorneys for Defendants BYTEDANCE LTD. and TIKTOK INC.*