THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **0:25-cv-60645-AHS**

**TIKTOK GLOBAL LLC**,
a Florida limited liability company;

   Plaintiff,

v.

**BYTEDANCE LTD.**, **TIKTOK INC.**, and
**YIMING ZHANG**,

   Defendants.
_____/

## NOTICE OF FILING OMITTED EXHIBITS

 Plaintiff, TIKTOK GLOBAL LLC, by and through undersigned counsel, hereby gives notice that he is filing a full set of the exhibits (including omitted exhibits) to the Amended Complaint (ECF No: 25). Exhibit Nos: 3,6,7,8, 10, 11 and 12 were not accepted by the CM ECF portal and needed to be reformatted.

**DATED: May 20, 2025**      Respectfully Submitted,

              **REINER & REINER, P.A.**
              *Counsel for Plaintiff*
              9100 South Dadeland Blvd., Suite 901
              Miami, Florida   33156-7815
              Tel: (305) 670-8282; Fax: (305) 670-8989
              dpr@reinerslaw.com; eservice@reinerslaw.com

              By: _____
               **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **May 20, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____

**DAVID P. REINER, II**; FBN 416400