THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **0:25-cv-60645-AHS**

**TIKTOK GLOBAL LLC**,
a Florida limited liability company;

      Plaintiff,

v.

**BYTEDANCE LTD.**, **TIKTOK INC.**, and
**YIMING ZHANG**,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, TIKTOK GLOBAL LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice.

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
   **DAVID P. REINER, II, ESQ.**; FBN 416400

## **CERTIFICATE OF SERVICE**

    *I HEREBY CERTIFY that on **June 16, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
   **DAVID P. REINER, II**; FBN 416400